**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TODD M. STORM, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-cv-678 |
| v. | (JUDGE CAPUTO) |
| LEHIGHTON STATE POLICE, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

# ORDER

**NOW** this 12th day of July, 2012, after consideration of Magistrate Judge Martin C. Carlson's Report and Recommendations in this matter (Doc. 7), **IT IS HEREBY ORDERED THAT** the Report and Recommendation is **ADOPTED IN PART AND REJECTED IN PART**. The Amended Complaint is **DISMISSED WITH PREJUDICE** and the Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 6) is **GRANTED**. The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge